In the Matter of MICHAEL YOVINO, Appellant, v NEW YORK CITY CIVIL SERVICE COMMISSION, Respondent.

Submitted March 16, 2009; decided April 30, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.